NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000442
25-APR-2018
08:23 AM

NO. CAAP-17-0000442

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SCARLETT A. TAYLOR and CHANEL E. TAYLOR,
Plaintiffs-Appellants,
v.
ELISA M. OMEECHEVARRIA, Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10 and ENTITIES 1-10,
Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 13-1-3006)

ORDER DENYING APRIL 18, 2018 MOTION
OBJECTION DENYING ORDER FILED MARCH 28, 2018
(By: Ginoza, Chief Judge, and Leonard and Reifurth, JJ.)

Upon review of (1) the March 8, 2018 order dismissing this appeal for lack of appellate jurisdiction,(2) the March 28, 2018 order denying Plaintiffs-Appellants Scarlett A. Taylor and Chanel E. Taylor's (the Taylors) March 22, 2018 motion for reconsideration of the March 8, 2018 order of dismissal pursuant to Rule 40 of the Hawai'i Rules of Appellate Procedure (HRAP), (3) the Taylors' April 18, 2018 "PLAINTIFFS' MOTION OBJECTION DENYING ORDER FILED MARCH 28, 2018 THAT PLAINTIFFS RECEIVED ON APRIL 10, 2018," which we deem to be a second and unauthorized HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal, and (4) the record, the Taylors' April 18,

2018 HRAP Rule 40 motion for reconsideration of the March 8, 2018 order of dismissal is denied.

DATED: Honolulu, Hawai‘i, April 25, 2018.

Chief Judge

Associate Judge

Associate Judge